FILED
DEC 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3373-JAH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., |
| MARCOS A. CARDENAS-HERRERA, | ) | Secs. 952 and 960 - Importation of Cocaine (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 15, 2007, within the Southern District of California, defendant MARCOS A. CARDENAS-HERRERA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 24.41 kilograms (approximately 53.70 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 18, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John J.M.*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
12/17/07