AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARCOS A. CARDENAS-HERRERA | CASE NUMBER: 07 CR 3393 JAH |

I, MARCOS A. CARDENAS-HERRERA, the above-named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _Dec. 18, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x_Marcos A Cardenas_
Defendant

_Robert A. Garcia_
Defense Counsel

Before _[signature]_
Judicial Officer

**FILED**
DEC 1 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY