Robert A. Garcia, Esq. (SBN 102969)
Attorney at Law
185 West F Street, Suite 100
San Diego, CA 92101
Telephone: (619) 696-7881

Attorney for Defendant, Marcos Cardenas-Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3373 JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S EX PARTE REQUEST TO SHORTEN TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT** |
| vrs. | ) | |
| MARCOS CARDENAS-HERRERA, | ) | |
| | ) | DATE: MARCH 17, 2008 |
| Defendant. | ) | TIME: 10:30 A.M. |
| | ) | COURT: HONORABLE |
| _____ | ) | JOHN A. HOUSTON, U.S. DISTRICT JUDGE |

I, Robert A. Garcia, am the attorney for defendant, Marcos Cardenas-Herrera. I request an order allow me to file Objections to Presentence Report, today, March 3, 2008.

I mis-calendared the date they were due, which was 4 days ago. I therefore request that the Court permit this request for leave to file the objections on March 3, 2008.

Respectfully submitted,

<u>Robert A. Garcia</u>                              Dated: March 3, 2008
Robert A. Garcia
Attorney for Defendant,
Marcos Cardenas-Herrera

1

**CERTIFICATE OF SERVICE**

I, Robert A. Garcia, hereby state that on March 3, 2008, I delivered by electronic means a copy of Defendant's Request for an Order to Shorten Time to File Objections to Presentence Report in Case No. 07CR3373 JAH, to Assistant U.S. Attorney, Fred Sheppard.

<u>s/s Robert A. Garcia</u>                    Dated: March 3, 2008
Robert A. Garcia

UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>         Plaintiff,           )<br>                              )<br>                              )<br>                              )<br>         vrs.                 )<br>                              )<br> MARCOS CARDENAS-HERRERA,      )<br>                              )<br>         Defendant.           )<br>                              )<br> _____) | CASE NO. 07CR3373 JAH<br><br>(PROPOSED)<br>ORDER UPON EX PARTE REQUEST<br>REQUEST TO<br>SHORTEN TIME<br><br><br><br>DATE: MARCH 17, 2008<br>TIME: 10:30 A.M.<br>COURT: HONORABLE<br>    JOHN A. HOUSTON,<br>    U.S. DISTRICT JUDGE |

Upon review of defendant's ex parte request to shorten time file Objections to Presentence Report, and good cause appearing, Defendant shall be permitted to file said Objections on March 3, 2008.

IT IS SO ORDERED.

_____          Dated: _____
HON. JOHN A. HOUSTON
U.S. DISTRICT JUDGE

1