UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vrs. ) <br> ) <br> MARCOS CARDENAS-HERRERA, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO. 07CR3373 JAH <br><br> ORDER UPON EX PARTE REQUEST <br> REQUEST TO <br> SHORTEN TIME <br><br><br> DATE: MARCH 17, 2008 <br> TIME: 10:30 A.M. <br> COURT: HONORABLE <br>   JOHN A. HOUSTON, <br>   U.S. DISTRICT JUDGE |

Upon review of defendant's ex parte request to shorten time file Objections to Presentence Report, and good cause appearing, Defendant shall be permitted to file said Objections on March 3, 2008.

IT IS SO ORDERED.

Dated: March 4, 2008

*[signature]*

**HON. JOHN A. HOUSTON**
**United States District Judge**

1